DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PERVEZ SIDDIQUI,**
Appellant,

v.

**SHIMA SIDDIQUI,**
Appellee.

No. 4D22-3261

[August 10, 2023]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50-2008-DR-013690.

David M. Scott of the Law Office of David Scott, P.A., Fort Lauderdale, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***